# EXHIBIT 1



OFFICE OF THE GOVERNOR

KAY IVEY

GOVERNOR

**STATE OF ALABAMA**

DEPARTMENT OF COMMERCE

ELLEN MCNAIR

SECRETARY OF COMMERCE

October 21, 2025

### Project Summit Joint Offer

The State of Alabama, the City of Marion and Perry County are offering a joint proposal to CallanJMB to assist in the location of Project Summit in Perry County, Alabama. We hope this proposal indicates our desire to continue our corporate-community partnership. Our incentives in this proposal are designed to assist Project Summit with the expenses of building a facility, obtaining equipment, recruiting and training a skilled workforce, and reducing the operational costs of payroll, property taxes and Alabama income taxes.

Below is a summary of the incentives our state and local team puts forth for the location of this project in Alabama.

### Alabama Jobs Act - Jobs Credit

The Jobs Credit is a discretionary incentive granted by the Secretary of Commerce and approved by the Governor. The credit is designed to compensate companies that provide employment for Alabama workers. This credit performs as a rebate based on a percentage of the previous year's payroll. The Jobs Credit is a performance-based program that is designed to compensate companies that hire Alabama workers and pay them competitive wages. The Department of Commerce identifies 51 new full-time jobs with an average hourly wage rate of $39.54, exclusive of benefits. The State will provide a Jobs Credit incentive for eligible employees at a rate of 4% for 10 years. The estimated projection is based on the company beginning the program when all projected employees are hired and at the committed wage rate.

*The projected total cash value of this state incentive is approximately*............................................. *$1,900,598*
*\*See the attached offer letter from Alabama Secretary of Commerce Ellen McNair.*

### Alabama Jobs Act - Investment Credit

This Investment Credit is a discretionary incentive that will enable Project Summit to capture a percentage of the qualified capital investment in the project by offsetting Alabama income tax and/or utility taxes, i.e., electricity, natural gas, telecom. The qualifying capital costs for Project Summit were projected to be $24,500,000. Alabama will grant an Investment Credit of 1.5% for 10 years. Years 1-3 of the credit are transferrable. Years 4-10 are not transferable.

*The projected total value of this state incentive is approximately*........................................................ *$3,675,000*
*\*See the attached offer letter from Alabama Secretary of Commerce Ellen McNair.*

### AIDT State Workforce Training

AIDT is Alabama's nationally recognized workforce training program and engages a company's workforce needs both pre-employment, training and with on-the-job-training.  AIDT's main competency is to recruit and screen potential employees and then process applicants through a pre-employment customized training program, all with instructor support. The AIDT proposal includes both cash reimbursements and in-kind services, all

intended to lower the company's recruitment costs, training costs and employee turnover costs.

***Projected total value of AIDT incentive**...................................................................................$705,720*
*\*See attached pre-letter of commitment from AIDT Director Ed Castile*

## Sales / Use Tax abatements

This is not a commitment, but an estimate of a potential cost avoidance. Tax abatements must be taken before the local granting authority for a public vote. Estimates on the capital expenditures planned for this project were supplied by the company.

***Estimated potential sales and use tax savings** ........................................................................... $880,000*

## Property Tax abatements

This is not a commitment, but an estimate of a potential cost avoidance. Tax abatements must be taken before the local granting authority for a public vote.

***Estimated potential 20-year property tax savings**.................................................................... $3,045,858*

## Additional Local Community Incentives

The City of Marion will provide a Phase I brownfield assessment.

***Estimated potential of additional local incentives**..................................................................... $50,000*

**Total Estimated Value of Project Summit Incentives**....................................................... **$10,257,176**



OFFICE OF THE GOVERNOR

KAY IVEY

GOVERNOR

STATE OF ALABAMA

DEPARTMENT OF COMMERCE

ELLEN MCNAIR

SECRETARY OF COMMERCE

October 21, 2025

**_VIA EMAIL WWilliams@coldchain-tech.com_**
Wayne Williams, President
244 Flightline Drive
Spring Branch, TX 78070

Dear Mr. Williams:

I am pleased to learn that CallanJMB is considering locating its facility in Marion, Alabama at the former Judson College campus. It is my understanding that Project Summit will see an investment of $24,500,000 and will create 51 new full-time positions with an average hourly wage of $39.54, exclusive of benefits. The State has worked in conjunction with the local officials to develop a proposal that we believe will meet the project needs to locate your Center of Excellence in Alabama.

By this letter, I am confirming the State of Alabama will support CallanJMB with the incentives offered through the Alabama Jobs Act. Based on the company's employment schedule, the State will provide a job creation incentive for eligible employees. The **Jobs Credit** is an annual cash rebate of 4% of the previous year's gross payroll for eligible employees for 10 years. The projected total cash value is approximately **$1,900,598.**

Second, the State will grant an annual **Investment Credit** of 1.5% of the eligible capital investment in Alabama. This credit can be taken against the Alabama income tax liability and/or utility tax liability. The credit will be given over a 10-year period. Years 1-3 of the credit are transferrable and are valued at **$1,102,500**. Years 4-10 are not transferrable and are valued at **$2,572,500**.

Additionally, provided the non-educational local property taxes have been abated for 20 years by the local granting authority, the State of Alabama will offer a **State Property Tax Abatement** of non-educational state property taxes for years 11 – 20, in addition to the first ten years granted by the local granting authority. The estimated value of state property tax abatement for years 11 – 20 is **$163,058**. The total value of state incentive commitments is **$5,738,656**.

As with all commitments of the State of Alabama to expend public funds for economic development projects, this commitment is subject to applicable provisions of Alabama law and the Constitution of Alabama of 1901. In addition, the parties must confirm their respective obligations by the execution of a written project agreement setting out the terms and conditions unique to the project as well as those customary for an undertaking of this nature. The customary obligation includes a defined employment ramp-up period, defined incentive periods as well as incentive caps, an appropriate maintenance period, and clawbacks for non-performance. This offer expires 90 days from the date of this letter.

Again, we are pleased to have an opportunity to partner with CallanJMB.  Thank you, and I look forward to your decision to locate in Alabama.

Sincerely,

Ellen McNair, CEcD



334.280.4400

one technology court
montgomery, al USA 36116-3200

www.aidt.edu

October 14, 2025

Mr. Alex Cate
Senior Project Manager
Alabama Dept. of Commerce
401 Adams Avenue
Montgomery, Alabama 36130-4106

Dear Mr. Cate:

Thank you for the opportunity to offer AIDT services and resources to assist Project Summit, as you consider Alabama for a new project location.  AIDT is a job-specific training incentive program, for new and expanding projects, designed to develop a customized training plan and process for recruitment, screening and training new employees.  In addition to the training reimbursements, AIDT offers in-kind services, which include: an assigned AIDT Project Manager, assistance with a Pre-Employment Selection System, Leadership Development, a fleet of Mobile Training Units for on-site use, Video Production services, Maintenance Assessments, Safety Assistance/Training, Robotic and PLC Automation Training, and other various services.

***AIDT commits the following Direct Cash Reimbursement, based on 51 new, full-time jobs created with a minimum starting wage of $15.00 per hour (not an average wage), plus benefits, for entry-level positions. If the project is in a target county, the entry-level wage is subject to change.  Training reimbursements are distributed after services have been rendered.***

**Post Hire / On-the-Job Training**                                                                                      $24,480
To be used for trainer/instructor wages and expenses.

**Instructor Development**                                                                                                    $12,240
Funds to be used to offset costs for instructional staff.
(Examples: expenses for travel, and vendor training)

                                                            Total Direct Cash Reimbursement          $36,720

In-kind value for AIDT usual and normal services related to the project as described above.

                                                            Total In-kind Value          $669,000

Total value for Direct Cash Reimbursements and In-kind services.                            **$705,720**

AIDT looks forward to meeting with Project Summit to further understand and determine employee and training needs, as we begin to work with you to develop a company-specific recruiting process and training program.  Please call with any additional questions or further clarification.

Sincerely,



Ed Castile
Executive Director

EC/BJD/sw

**ALABAMA
SALES AND USE TAX SAVINGS
WITH ABATEMENTS**
(Estimated from best information available)

### PROJECT SUMMIT
### City of Marion, Perry County, Alabama

| | | Cost | Amount of Tax with NO Abatements (4)(5)(6)(7) | Amount of Tax with FULL Abatements (4)(5)(6)(7) | TAX SAVINGS |
|---|---|---|---|---|---|
| **Items Taxed at GENERAL Sales & Use Tax Rates** | | | 9.000% | 1.000% | 8.000% |
| Building Materials *(1)* | 50.00% | $9,500,000 | $855,000 | $95,000 | $760,000 |
| Land Improvements *(1)* | 50.00% | $0 | $0 | $0 | $0 |
| New Non-manufacturing Equipment *(2)* | | $1,500,000 | $135,000 | $15,000 | $120,000 |
| | | | | | |
| **Items Taxed at MANUFACTURING Rates** | | | 3.000% | 0.500% | 2.500% |
| New Manufacturing Machinery *(2)* | | $0 | $0 | $0 | $0 |
| | | | | | |
| **Items EXEMPT or NOT TAXED** | | | 0.000% | 0.000% | |
| Building Labor *(1)* | 50.00% | $9,500,000 | $0 | $0 | $0 |
| Land and Existing Real Property*(1)* | | $4,000,000 | $0 | $0 | $0 |
| Used equipment already owned *(2)* | | $0 | $0 | $0 | $0 |
| Pollution Control Equipment *(3)* | | $0 | $0 | $0 | $0 |
| Other Labor & Miscellaneous Costs | | $0 | $0 | $0 | $0 |
| | | | | | |
| **TOTAL PROJECT VALUE & TOTAL TAXES** | | $24,500,000 | $990,000 | $110,000 | $880,000 |

| Breakdown by jurisdiction | | | | |
|---|---|---|---|---|
| | State Taxes | $440,000 | $0 | $440,000 |
| | County Taxes | $220,000 | $110,000 | $110,000 |
| | City Taxes | $330,000 | $0 | $330,000 |

NOTES:

PROJECT CRITERIA:  Total project costs are $24.5M, per Alex Cate with the Alabama Department of Commerce.  Project costs consist of: Land (Included with the building cost)- $0; Building & Building Improvements - $19M; Manufacturing Equipment - $0; Nonmanufacturing Equipment - $1.5M; and other costs - $0.

(1) Assume that the percentage of total building cost shown above is for building materials, and the remaining percentage of building cost is for labor.  Assume further that all of the building materials cost is subject to sales and use taxes.  Labor is not taxable for sales and use taxes in Alabama.  Land is not taxable for sales and use taxes in Alabama.

(2) Manufacturing equipment is taxed at a reduced rate in Alabama.  Non-manufacturing equipment (including warehouse, computer, furniture & fixtures, etc.) is taxed at the general rate.  Used equipment already owned by the company, or purchased from the former owner, is not subject to sales tax.  Installation labor, when billed as a separate item, is not subject to sales and use tax.

**(3)  All equipment, facilities, or materials constructed or acquired primarily for the control, reduction, or elimination of air or water pollution are statutorily exempt from sales and use taxes in Alabama.**

(4)  Project criteria show that the site will be located inside the city limits of:          City of Marion, Perry County, Alabama

(5)  Sales and use tax rates are as follows:

| LOCATION | General | Educational | Mfg. Machinery | Educational |
|---|---|---|---|---|
| Alabama | 4.000% | 0.000% | 1.500% | 0.000% |
| Perry County | 2.000% | 1.000% | 1.000% | 0.500% |
| City of Marion | 3.000% | 0.000% | 0.500% | 0.000% |
| TOTALS | 9.000% | 1.000% | 3.000% | 0.500% |

(6)  State sales and use taxes and local non-educational sales and use taxes may be abated if a company meets certain requirements.  An abatement of state and local sales and use taxes is granted at the local level, by a City Government, a County Government, or a Public Authority.  The non-abatable portions of state and local sales and use taxes are indicated in the chart above.

(7)  The sales and use tax abatement is effective the date it is granted by the local granting authority.  Therefore, any purchases made prior to the effective date would not qualify for the abatement.  The sales and use tax abatement is only available until the project is placed in service, and only for capitalized purchases.  The full sales and use tax would be due for periods subsequent to date the project is placed in service.

**ALABAMA**
**PROPERTY TAX SAVINGS**
**WITH ABATEMENTS**
(Estimated from best information available)

**PROJECT SUMMIT**
**City of Marion, Perry County, Alabama**

| | Assessed Value @ 20% of Market Value for Real & Personal | Amount of Tax with NO Abatements @ | Total Tax with Abatements @ | Estimated Tax Savings for Individual Jurisdiction with FULL Abatements @ | | | ESTIMATED TAX SAVINGS |
|---|---|---|---|---|---|---|---|
| | | | | State | County | City | |
| | | 0.0530 | 0.0207 | 0.0035 | 0.0228 | 0.0060 | 0.0323 |
| Year 1 | $4,876,000 | $258,428 | $100,933 | $17,066 | $111,173 | $29,256 | $157,495 |
| Year 2 | $4,855,000 | $257,315 | $100,499 | $16,993 | $110,694 | $29,130 | $156,817 |
| Year 3 | $4,822,000 | $255,566 | $99,815 | $16,877 | $109,942 | $28,932 | $155,751 |
| Year 4 | $4,796,000 | $254,188 | $99,277 | $16,786 | $109,349 | $28,776 | $154,911 |
| Year 5 | $4,778,000 | $253,234 | $98,905 | $16,723 | $108,938 | $28,668 | $154,329 |
| Year 6 | $4,764,000 | $252,492 | $98,615 | $16,674 | $108,619 | $28,584 | $153,877 |
| Year 7 | $4,740,000 | $251,220 | $98,118 | $16,590 | $108,072 | $28,440 | $153,102 |
| Year 8 | $4,714,000 | $249,842 | $97,580 | $16,499 | $107,479 | $28,284 | $152,262 |
| Year 9 | $4,692,000 | $248,676 | $97,124 | $16,422 | $106,978 | $28,152 | $151,552 |
| Year 10 | $4,674,000 | $247,722 | $96,752 | $16,359 | $106,567 | $28,044 | $150,970 |
| **First 10 Year Abatement Totals** | | $2,528,683 | $987,618 | $166,989 | $1,087,811 | $286,266 | $1,541,065 |
| | | | | | | | |
| **Additional 10 Year Abatement Begins** | | 0.0530 | 0.0207 | 0.0035 | 0.0228 | 0.0060 | 0.0323 |
| Year 11 | $4,666,000 | $247,298 | $96,586 | $16,331 | $106,385 | $27,996 | $150,712 |
| Year 12 | $4,658,000 | $246,874 | $96,421 | $16,303 | $106,202 | $27,948 | $150,453 |
| Year 13 | $4,658,000 | $246,874 | $96,421 | $16,303 | $106,202 | $27,948 | $150,453 |
| Year 14 | $4,658,000 | $246,874 | $96,421 | $16,303 | $106,202 | $27,948 | $150,453 |
| Year 15 | $4,658,000 | $246,874 | $96,421 | $16,303 | $106,202 | $27,948 | $150,453 |
| Year 16 | $4,658,000 | $246,874 | $96,421 | $16,303 | $106,202 | $27,948 | $150,453 |
| Year 17 | $4,658,000 | $246,874 | $96,421 | $16,303 | $106,202 | $27,948 | $150,453 |
| Year 18 | $4,658,000 | $246,874 | $96,421 | $16,303 | $106,202 | $27,948 | $150,453 |
| Year 19 | $4,658,000 | $246,874 | $96,421 | $16,303 | $106,202 | $27,948 | $150,453 |
| Year 20 | $4,658,000 | $246,874 | $96,421 | $16,303 | $106,202 | $27,948 | $150,453 |
| **Additional 10 Year Totals** | | $2,469,164 | $964,372 | $163,058 | $1,062,206 | $279,528 | $1,504,792 |
| | | | | | | | |
| **Grand Total** | | $4,997,847 | $1,951,989 | $330,047 | $2,150,017 | $565,794 | $3,045,858 |

NOTES:

PROJECT CRITERIA:  Total project costs are $24.5M, per Alex Cate with the Alabama Department of Commerce.  Project costs consist of: Land (Included with the building cost)- $0; Building & Building Improvements - $19M; Manufacturing Equipment - $0; Nonmanufacturing Equipment - $1.5M; and other costs - $0.

(1)  For calculation purposes, land is valued at cost, including the current value of any donated land.  However, the savings granted by an abatement will vary based upon the assessed value of the land every year.  Land is valued at market value, including purchased land and donated land.

(2)  Real property is valued on an "observed condition," with reappraisal occurring annually.  For easier calculation, the value of real property will remain constant.  However, this figure is likely to change throughout the abatement period.

(3)  **All equipment, facilities or materials constructed or acquired primarily for the control, reduction or elimination of air or water pollution are statutorily exempt from property taxes in Alabama.  All inventory is statutorily exempt from property taxes in Alabama.**

(4)  All manufacturing equipment is valued using current composite factors and the applicable economic life for your type of industry.  All non-manufacturing equipment is valued using current composite factors and a 10 year economic life, except computers having a 3 year economic life.

(5)  All business property is assessed at 20% of market value and taxes are collected by the local tax officials.
(6)  Project criteria show that the site will be located inside the city limits of:     City of Marion, Perry County, Alabama
(7)  Property tax millage rates:

| LOCATION | Full millage | Education/ Nonabated Millage | Abatable Millage |
|---|---|---|---|
| Alabama | 0.0065 | 0.0030 | 0.0035 |
| Perry County | 0.0405 | 0.0177 | 0.0228 |
| City of Marion | 0.0060 | 0.0000 | 0.0060 |
| TOTALS | 0.0530 | 0.0207 | 0.0323 |

(8)  Non-educational state and local property taxes may be abated for a period of up to 20 years for a qualifying industry.  For abatements granted up to 10 years, the abatement is granted at the local level, by a City Government, a County Government, or a Public Authority.  For any property that is granted an abatement longer than 10 years, the noneducational municipal taxes can only be abated by the City Government, noneducational county taxes abated by the County Government, and state taxes abated by the Governor.  The governing body of the municipality and county can authorize a public industrial authority to provide by resolution for such consent on its behalf.  If no bonds are issued, the abatement period begins when the project is placed in service.  Therefore, any CIP would be taxable at the full millage rate. In addition, the property would be fully taxable at the end of the abatement period.