# EXHIBIT 3

**DOMESTIC LIMITED LIABILITY COMPANY (LLC)**
**CERTIFICATE OF AMENDMENT**

PURPOSE: In order to amend a Limited Liability Company's (LLC) Certificate of Formation under Section 10A-5A-2.02 of the *Code of Alabama 1975,* this Certificate of Amendment and the appropriate filing fees must be filed with the Office of the Secretary of State.

1. The current recorded name of the Limited Liability Company:

   Judson College Properties, LLC

2. The date the Certificate of Formation was filed:  01  / 07  / 2026    (MM/DD/YYYY)

3. Alabama Entity ID Number (Format: 000-000-000):   001  -  228  -  278    **TO OBTAIN ID NUMBER,** website at www.sos.alabama.gov click on Business Services (below picture), click on Business Entity and Name Search, click on Entity Name, enter the name of the entity in the appropriate box, and enter. Click on the number and verify that this is the correct entity. **This step is strongly recommended**.

**(For SOS Use Only)**

Alabama
Sec. Of State

001-228-278      DLL

Date    01/20/2026
Time       11:39:16
File        $100.00
County
          -------
Total      $100.00

DLLC Amendment - 1/2022                    page 1 of 2

**DOMESTIC LIMITED LIABILITY COMPANY AMENDMENT**

4. The following amendment was adopted on 01_____ / 20__ / 2026__ (MM/DD/YYYY):

See attached.

☐ Additional Amendments and the dates on which they were adopted are attached.

*Be very specific about what must be changed if you are amending existing information.
*If the amendment includes a name change, a copy of the **Name Reservation Certificate** issued by the Office of Secretary of State **must be attached**.
*Registered agents and registered agent addresses are changed by filing a Change Of Registered Agent Or Registered Office By Entity form directly with the Office of the Secretary of State (the new agent's signature is required agreeing to accept responsibility). **Agent information will NOT be changed with an amendment**.

5. The undersigned authorized signature certifies that the amendment or amendments have been approved in the manner required by Title 10A of the *Code of Alabama of* 1975 and the governing documents of this entity.

01 / 20 / 2026

Date    (MM/DD/YYYY)

Liberty Duke

Signature as required by 10A-5A-2.04

Agent

Title/capacity to sign under 10A-5A-2.04

## Amendment Details

**Entity Info**

**Current Entity Name**
Monarch Property Management, LLC

**Entity ID**
001-228-278

**Type**
Limited Liability Company (LLC)

**Formation Date**
2026-01-07

**Legal Name**

### Original

**Legal Name**
Judson College Properties, LLC

### Amended

**Legal Name**
Monarch Property Management, LLC

Wes Allen
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Wes Allen, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, Code of Alabama 1975, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**Monarch Property Management, LLC**

This name reservation is for the exclusive use of Wayne Williams, 76 Calendula Street, Spring Branch, TX 78070 for a period of one year beginning 01/20/2026 and expiring 01/20/2027

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**



01/20/2026

**Date**

**Wes Allen**          **Secretary of State**

265080

**STATE OF ALABAMA**

**DOMESTIC LIMITED LIABILITY COMPANY (LLC)**
**CERTIFICATE OF FORMATION**

PURPOSE: In order to form a Limited Liability Company (LLC) under Section 10A-5A-2.01 of the *Code of Alabama 1975,* this Certificate of Formation and the appropriate filing fees must be filed with the Office of the Secretary of State. **The information required in this form is required by Title 10A.**

1. The name of the limited liability company (must contain the words "Limited Liability Company" or the abbreviation "L.L.C." or "LLC," and comply with *Code of Alabama*, Section 10A-1-5.06. You may use Professional or Series before Limited Liability Company or LLC (or PLLC or SLLC) if they apply:

   Judson College Properties, LLC

2. **A copy of the Name Reservation Certificate from the Office of the Secretary of State must be attached.**

3. The name of the registered agent (only one agent): Liberty Duke

   Street (**no PO Boxes**) address of registered office (==must be located in Alabama==):

   402 Prairie St North Union Springs, AL 36089

   *COUNTY of above address: BULLOCK

   Mailing address ==in Alabama== of registered office (if different from street address):

4. The undersigned certify that there is at least one member of the limited liability company.

---

**(For SOS Office Use Only)**

```
        Alabama
      Sec. Of State

001-228-278      DLL

Date    01/07/2026
Time      17:04:00
File       $100.00
County     $100.00
           -------
Total      $200.00
```

LLC Cert of Formation - 11/2021          Page 1 of 2

**DOMESTIC LIMITED LIABILITY COMPANY (LLC)  CERTIFICATE OF FORMATION**

5.  Check **only** if the type applies to the Limited Liability Company being formed:

☐  Series LLC complying with Title 10A, Chapter 5A, Article 11

☐  Professional LLC complying with Title 10A, Chapter 5A, Article 8

☐  Non-Profit LLC complying with Section 10A-5A-1.04(c)

6.  The filing of the limited liability company is effective immediately on the date received by the office of the Secretary of State, Business Services Division or at the delayed filing date (cannot be prior to the filing date) specified in this filing complying with Section 10A-1-4.12
The undersigned specify ___1___ / __7__ / _2026_ as the effective date (must be on or after the date filed in the office of the Secretary of State, but no later than the 90th day after the date this instrument was signed) and the time of filing to be __05__ : _02_   ☐ AM or ☑ PM. (cannot be noon or midnight – 12:00)

☐  Attached are any other matters the members determine to include herein (if this item is checked there must be attachments with the filing).

___1__ / _7_ / _2026_
Date    (MM/DD/YYYY)

Wayne Williams
_____
Signature as required by 10A-5A-2.04

Organizer
_____
Typed title (organizer or attorney-in-fact)

*County of Registered Agent is requested in order to determine distribution of County filing fees.

## Additional Details

**Organizers**

| Organizer | Street Address | Mailing Address |
|---|---|---|
| Wayne Williams | 76 Calendula Street<br>Spring Branch, TX 78070 | 76 Calendula Street<br>Spring Branch, TX 78070 |

Wes Allen
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Wes Allen, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, Code of Alabama 1975, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**Judson College Properties, LLC**

This name reservation is for the exclusive use of Shannon Stahlin, 1736 Glenview Rd, Ann Arbor, MI 48104 for a period of one year beginning January 07, 2026 and expiring January 07, 2027

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**

January 07, 2026

**Date**



RES262314

**Wes Allen**          **Secretary of State**