# Exhibit 4

## ALABAMA ETHICS COMMISSION

## LOBBYIST REGISTRATION STATEMENT

| Year: | 2026 |
|---|---|

**General Information**

| Lobbyist: | DUKE, LIBERTY | Business Phone: | 334-220-2484 |
|---|---|---|---|
| Business Address: | 326 Prairie Street N | E-Mail: | mailto:libertyduke@gmail.com |
| City/State/Zip: | Union Springs, AL 36089 | | |

Normal Business:

Normal Business Address:

| City/State/Zip: | , |
|---|---|

| Public Employee? | No |
|---|---|

**Categories of legislation subject to lobbying activities**

Health / Health Care

**List Business Entities, Associations or Organizations you represent.**

| Principal Name: | Benjamin G. Main | Phone: | 334-750-2103 |
|---|---|---|---|
| Address: | 326 Prairie St N , Union Springs, AL 36089 | | |
| Effective Date: | 01/23/2026 | Termination Date: | |
| Name of Person Signing for Principal: | | Benjamin Main | |

If your activity is done on behalf of a group other than a corporation, the number of persons in that group:

1-5

| Principal Name: | Coldchain Technology Services | Phone: | 404-558-0949 |
|---|---|---|---|
| Address: | 244 Flightline Drive , Springbranch, TX 78070 | | |
| Effective Date: | 01/23/2026 | Termination Date: | |
| Name of Person Signing for Principal: | | Wayne Williams | |

If your activity is done on behalf of a group other than a corporation, the number of persons in that group:

Corp

| Principal Name: | ERIS, Inc | Phone: | 334-220-2484 |
|---|---|---|---|
| Address: | 326 Prainie St N , Union Springs, AL 36089 | | |
| Effective Date: | 01/23/2026 | Termination Date: | |
| Name of Person Signing for Principal: | | Liberty Duke | |

If your activity is done on behalf of a group other than a corporation, the number of persons in that group:

1-5

02/21/2026

| Principal Name: | HNH Immunizations Inc | Phone: | 205-609-0268 |
|---|---|---|---|
| Address: | 326 Prairie Street North , Union Springs, AL 36089 | | |
| Effective Date: | 01/23/2026 | Termination Date: | |
| Name of Person Signing for Principal: | | Liberty Duke | |
| If your activity is done on behalf of a group other than a corporation, the number of persons in that group: | | | |
| Corp | | | |
| Principal Name: | Safely Opening Schools | Phone: | 334-220-2484 |
| Address: | 3162 Parliament Circle , Montgomery, AL 36116 | | |
| Effective Date: | 01/29/2026 | Termination Date: | |
| Name of Person Signing for Principal: | | Liberty Duke | |
| If your activity is done on behalf of a group other than a corporation, the number of persons in that group: | | | |
| 1-5 | | | |

I certify that the above information is true and correct to the best of my knowledge.

**Date:** 01/23/2026

**Type or Legibly Print name:**      Liberty Duke

02/21/2026