# Exhibit 5

## ALABAMA ETHICS COMMISSION

### LOBBYIST'S FORM

### Quarterly Statement of Lobbying Activities

| Year: | 2025 | Quarter Covered by this Statement: | 4th (October - December) |
|---|---|---|---|

**General Information**

| Lobbyist: | DUKE, LIBERTY | Business Phone: | 334-220-2484 |
|---|---|---|---|
| Business Address: | 326 Prairie Street N | E-Mail: | mailto:libertyduke@gmail.com |
| City/State/Zip: | Union Springs, AL 36089 | | |

**Normal Business:**

**Normal Business Address:**

**City/State/Zip:** ,

**Categories of legislation subject to lobbying activities**

Medical Cannabis

**Did you perform any lobbying activities during this period?**

**Yes**

- Yes: If yes, complete the remainder of the form. If expenditures were made on behalf of several principals, you may add a list of those principals and amounts expended.

- No: (see paragraph below)

  Lobbyist (1) performed no lobbying activities; (2) made no expenditures for lobbying activities; (3) loaned no money to any public official or candidate or member of their respective households or anyone on behalf of a public official or candidate or member of their respective households; and (4) had no direct business association with any candidate, public official, or public employee.

Principal(s) for whom lobbying was done.

| Principal Name: | Coldchain Technology Services | Phone: | 404-558-0949 |
|---|---|---|---|
| Address: | 244 Flightline Drive , Springbranch, TX 78070 | | |
| Name of Person Signing for Principal: | | Wayne Williams | |

Do you have any expenditures expended within a 24-hour period on a public official, public employee, and members of their respective households in excess of $250.00 for this principal?

No

| Principal Name: | Benjamin G. Main | Phone: | 334-750-2103 |
|---|---|---|---|
| Address: | 326 Prairie St N , Union Springs, AL 36089 | | |
| Name of Person Signing for Principal: | | Benjamin G Main Sr | |

Do you have any expenditures expended within a 24-hour period on a public official, public employee, and members of their respective households in excess of $250.00 for this principal?

No

| Principal Name: | Safely Opening Schools | Phone: | 334-220-2484 |
|---|---|---|---|

02/21/2026

| Address: | 3162 Parliament Circle , Montgomery, AL 36116 | | |
|---|---|---|---|

**Name of Person Signing for Principal:**

**Do you have any expenditures expended within a 24-hour period on a public official, public employee, and members of their respective households in excess of $250.00 for this principal?**

No

| **Principal Name:** | HNH Immunizations Inc | **Phone:** | 205-609-0268 |
|---|---|---|---|
| **Address:** | 326 Prairie Street North , Union Springs, AL 36089 | | |

**Name of Person Signing for Principal:** Liberty Duke

**Do you have any expenditures expended within a 24-hour period on a public official, public employee, and members of their respective households in excess of $250.00 for this principal?**

No

| **Principal Name:** | Dragonfly- B.I.G. | **Phone:** | 310-658-4413 |
|---|---|---|---|
| **Address:** | 4115 Redwood Ave , Los Angeles, CA 90066 | | |

**Name of Person Signing for Principal:** Cameron Chell

**Do you have any expenditures expended within a 24-hour period on a public official, public employee, and members of their respective households in excess of $250.00 for this principal?**

No

| **Principal Name:** | Hornets Medicinal LLC | **Phone:** | 561-818-4206 |
|---|---|---|---|
| **Address:** | 10777 Barkley  St Suite 200, Overland Park, KS 66211 | | |

**Name of Person Signing for Principal:** Daniel York

**Do you have any expenditures expended within a 24-hour period on a public official, public employee, and members of their respective households in excess of $250.00 for this principal?**

No

**Do you have any financial transactions, with public officials, candidates, or members of their households, of a value in excess of $500 during the prior quarter (excluding transactions required to be reported by Fair Campaign Practices Act)?**

No

**Were any loans made or promised to a public official or candidate?**

No

**Do you have any direct business association or partnership with any public official, candidate, or members of the household of such public official or candidate; provided, however, that campaign expenditures shall not be deemed a business association or partnership?**

No

**I certify that the above information is true and correct to the best of my knowledge.**

**Date:** 01/19/2026

**Type or Legibly Print name:** Liberty S Duke